

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   JUNE 4, 2025    *
BROOKLYN OFFICE

June 4, 2025

25-CR-185
Judge Ramon E. Reyes, Jr

**MEMORANDUM
TO BRENNA MAHONEY
CLERK OF THE COURT
U.S. DISTRICT COURT**

        Re: FITZGERALD, Nigel
        DKT.#: 19CR650
        (Northern District of Ohio)
        <u>REQUEST FOR JUDICIAL
        ASSIGNMENT</u>

Reference is made to Nigel Fitzgerald, who was sentenced by the Honorable John R. Adams, U.S. District Judge for the Northern District of Ohio, on October 6, 2020, to Seventy-one (71) months of imprisonment followed by five (5) years' supervised release with the following special conditions: 1) Drug treatment condition; 2) Alcohol abstinence; and 3) Search condition. A $200.00 special assessment fee was imposed. This sentence followed Mr. Fitzgerald pleading guilty to Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B), a Class B Felony and Possession with Intent to Distribute Controlled Substances, in violation of 18 U.S.C. §§ 841(a)(1), 21 U.S.C. §§ 841(b)(1)(B), a Class B Felony.

Fitzgerald's supervision commenced in the Eastern District of New York (EDNY) on December 27, 2024, due to his residence therein.

Due to Fitzgerald's ties with the EDNY, on May 20, 2025, Judge Adams signed an order initiating a transfer of jurisdiction to the EDNY. As per 18 U.S.C. § 3605, our office is requesting transfer of jurisdiction, and we respectfully request that the Northern District of Ohio case (19CR650) be docketed in EDNY and assigned to U.S. District Judge Ramon Reyes as he has been selected to participate in his Reentry Assistance and Initiatives Supporting Everyone (RAISE) Court.

Attached, please find a copy of Probation Form 22, Transfer of Jurisdiction, signed by Judge Adams.

Respectfully Submitted:

Robert L. Capers                                   Prepared by: _Joshua Mack_ (Digitally signed by Joshua Mack, Date: 2025.06.04 13:43:30 -04'00')
Chief U.S. Probation Officer                             Joshua Mack
                                                                           Senior U.S. Probation Officer